1  Claire M. Leary
2  912 Cole Street, Suite 347
   San Francisco, California  94117
3  (415) 225-4640
   Fax (510) 351-1636
4  Attorney for Defendant Jose Jaime Cardenas

5              IN THE UNITED STATES DISTRICT COURT

6           FOR THE NORTHERN DISTRICT OF CALIFORNIA

7
   United States of America,              )     CR 05- 118 MMC
8                                          )
9                    Plaintiff,            )     Stipulation to Modify
              vs.                          )     Conditions of Pretrial
10                                         )     Release – Take Defendant
   Jose Jaime Cardenas,                    )     Off Electronic Monitoring
11                                         )
12                   Defendants.           )
                                           )
13 ────────────────────────────────────────)

14         The undersigned hereby stipulate that the conditions of release for Jose Jaime

15  Cardenas, who was released on $100,000, bond on April 4, 2006, be modified to remove

16  the electronic monitoring requirement. Pretrial Services Officer Richard Sarlatte, has

17  been informed of this modification and is not opposed to it.

18
    Dated:   July 26, 2006          _____
19                                  Claire Leary
20                                  Counsel for Defendant Jose' Cardenas

21
    Dated: July   31, 2006
22                                  /s/_____
23                                  David Hall
                                    Assistant United States Attorney
24
25  I hereby attest that I have on file a holographic signature for Assistant United States
    Attorney David Hall's signature indicated by a "conformed' sign (/s/) within this
26  efiled document.
    Dated: July   31 , 2007
27                                              _____
28  Dated:  Aug. 1, 2006                        Claire Leary