Claire M. Leary
Attorney at Law
912 Cole Street, Suite 347
San Francisco, California 94117
(415) 225-4640
Fax (510) 351-1636
Counsel for Defendant Cardenas

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: CR 05-118 MMC |
| Plaintiff, | Stipulation and Order Continuing Status Conference for |
| vs. | Defendants Cardenas and ~~Bonilla~~ Bermudez |
| JOSE JAIME CARDENAS, and JUAN BERMUDEZ, | ~~10:00 am~~ |
| Defendants. | |

The undersigned hereby stipulate that as to Defendants Jose Jaime Cardenas and Juan Bermudez, the status conference set for today, January 23, 2008, be continued to February 27, 2008 at 2:30 pm. The parties therefore agree to a Speedy Trial Act exclusion pursuant to 3161(h)(8)(A) and section 3161(h)(8)(B)(ii), because the ends of justice served by granting a continuance outweigh the best interest of the public and of the defendants in a speedy trial, and because this

1

continuance will permit them adequate trial preparation time in the event that they are unable to reach a disposition.

Dated: January 23, 2008    /s/_____
                           Claire Leary
                           Counsel for Defendant Cardenas


Dated: January 23, 2008    /s/_____
                           Steven Gruel
                           Counsel for Defendant
                           Juan Bermudez


Dated: January 23, 2008    /s/_____
                           David Hall
                           Assistant United States
                           Attorney


O R D E R

It is so ordered. As to Defendants ~~Bonilla~~ Bermudez and Cardenas the status conference in this case is continued to February 27, 2008, at 2:30 pm. Pursuant to 18 U.S.C. sections 3161(h)(8)(A) and section 3161(h)(8)(B)(ii) and to allow adequate trial preparation, time is excluded from December 13, 2007 until February 27, 2008.


Dated: January 24, 2008              _____
                                     MAXINE M. CHESNEY
                                     United States District
                                     Judge

2