1  Claire M. Leary
   Attorney at Law
2  912 Cole Street, Suite 347
   San Francisco, California 94117
3  Telephone:  (415) 225-4640

4                  In the United States District Court

5                  For the Northern District of California

6

7                                           )  CR 05-118 MMC
   UNITED STATES OF AMERICA,                )
8                                           )
              Plaintiff,                    )  Stipulation and
9                                           )  Order Continuing
        vs.                                 )  Status Conference
10                                          )
   JOSE JAIME CARDENAS, JUAN BERMUDEZ,      )
11                                          )
              Defendants.
12 ─────────────────────────────────────────

13      The undersigned hereby stipulate that the status conference currently

14 set for this Wednesday August 27, 2008, be continued to October 22, 2008, at

15 2:30 pm.  The parties therefore agree to a Speedy Trial Exclusion pursuant to

16 3161(h)(8)(A) and section 3161(h)(8)(B)(ii), because the ends of justice

17 served by granting a continuance outweigh the best interest of the public and

18 of the defendants in a speedy trial, and because this continuance will permit

19

20

21

22

23

24

25

26

[**Summary of pleading**] - 1

1  them adequate trial preparation time in the event that they are unable to
2  reach a disposition.
3  Dated:  August 25, 2008                    ___/s/_____
4                                             Claire Leary
5                                             Counsel for Defendant Cardenas
6
7
   Dated:  August 25, 2008
8
                                              ___/s/_____
9
                                              Steven Gruel
10
                                              Counsel for Defendant Bermudez
11
12
13
   Dated:  August 25, 2008                    _____
14
                                              David Hall
15
                                              Assistant United States Attorney
16
17
18
                                    O R D E R
19                                                        as to defendants Cardenas and Bermudez
           It is so ordered.  The status conference ~~in this case~~ is continued
20
   to October 22, 2008, at 2:30 pm.  Pursuant to 18 U.S.C. sections
21
   3161(h)(8)(A) and section 3161(h)(8)(B)(ii) and to allow adequate trial
22                                       August 27
   preparation, time is excluded from ~~June 28~~, 2008, through October 22, 2008.
23
   Dated:  August 26 , 2008
24
                                              /s/ Maxine M. Chesney
25
                                              Maxine M. Chesney
26
                                              United States District Judge

                              [**Summary of pleading**] - 2