1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5        450 Golden Gate Avenue
         San Francisco, California 94102
6        Telephone: (415) 436-7168

7  Attorneys for the Plaintiff

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,        )   No. CR 05-0118 MMC
11                                  )
              Plaintiff,            )
12                                  )
              v.                    )   UNITED STATES MOTION AND
13                                  )   STIPULATION AND
                                    )   PROPOSED ORDER TO CONTINUE;
14 JOSE JAIME CARDENAS and          )   ORDER THEREON
   JUAN ALFREDO BERMUDEZ,           )
15                                  )
              Defendants.           )
16 _____)

17

18     The parties stipulate and agree that the status hearing date set for December 17, 2008

19 should be continued to January 30, 2008 so that Attorney Steven Gruel can appear as he has been

20 ordered to appear in a San Jose Court on December 17, and the parties can continue their work

21 towards a resolution of the matter.  Time under the Speedy Trial Act has previously been

22 excluded to the scheduled trial date of December 16, 2008, the Court having found the ends of

23 justice are best served by such continuance so that continuity of counsel can be maintained and

24 //
25 //
26 //
27 //
28
   STIP. AND [PROPOSED] ORDER
   CASE NO. CR 05-0118 MMC           1

1 such continuity outweigh the best interests of public and defendants in a speedy trial. 18 U.S.C.
2 3161.

3

4 .DATED: December 15, 2008

5                                       Respectfully submitted,

6                                       JOSEPH P. RUSSONIELLO
                                      United States Attorney
7
                                      BRIAN J. STRETCH
8                                       Chief, Criminal Division

9

10                                       _____/s/_____
                                      C. DAVID HALL
11                                       Assistant United States Attorney

12

13 _____/s/_____                  _____/s/_____
CLAIRE LEARY                              STEVEN GRUEL
14 Attorney for JOSE JAIME CARDENAS    Attorney for JUAN ALFREDO BERMUDEZ

15     Good cause appearing, the change of plea hearing is hereby CONTINUED from December 18, 2008 to January 30, 2009, at 2:00 p.m.   The Court finds the time period from December 17, 2008
16 to January 30, 2009 is excludable pursuant to 18 U.S.C. § 3161(h)(8)(A), given that the ends of
17 justice are best served by such continuance so that continuity of counsel can be maintained, and that such continuity and the parties' continuing efforts to work toward a resolution of the matter
18 outweigh the best interests of the public and defendants in a speedy trial.
 IT IS SO ORDERED
19

20 DATED:  December 17, 2008

21

22

23 _____
24 MAXINE M. CHESNEY
United States District Court Judge
25

26

27

28

STIP. AND [PROPOSED] ORDER
CASE NO. CR 05-0118 MMC            2