STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

Attorney for Juan Alfredo Bermudez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-05-00118-MMC |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER CONTINUING COURT HEARING |
| Vs. ) | |
| JUAN ALFREDO BERMUDEZ and ) | Honorable Maxine M. Chesney |
| JOSE JAIME CARDENAS, ) | Excl. Time: 18 USC 3161(h)(8)(A) |
| Defendants. ) | |

Defendants Juan Alfred Bermudez and Jose Jaime Cardenas by and through their respective attorneys, Steven F. Gruel and Claire Leary, and the United States of America, by and through its attorney, C. David Hall, Assistant United States Attorney, hereby stipulates and requests that the hearing date currently scheduled for May 27, 2009 at 2:30p.m. be continued to October 28, 2009 at 2:30 p.m.

The parties stipulate that good cause and excludable time under the Speedy Trial Act justify and permit the continuance to October 28, 2009. Specifically, the parties are still discussing a

STIPULATION AND [PROPOSED] ORDER CONTINUING COURT

- 1

resolution in this case which also entails discussions pertaining to the immigration consequences for each defendant.

Furthermore, defendant Juan Alfredo Bermudez has recently undergone serious surgery requiring further treatment resulting in making him medically unavailable to attend the May 27, 2009 hearing.

SO STIPULATED:

DATED:  5/19/09            __/s/_____
                           STEVEN F. GRUEL
                           Attorney for Juan Alfredo Bermudez

DATED:  5/19/09            __/s/_____
                           CLAIRE LEARY
                           Attorney for Jose Jaime Cardenas

DATED:  5/19/09
                           __/s/_____
                           DAVID HALL
                           Assistant United States Attorney

### [PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the hearing date of May 27, 2009 is hereby continued to October 28, 2009 at 2:30 p.m.

FURTHER, as stipulated by the parties, the Court finds that the time from May 27, 2009 to October 28, 2009 shall and hereby does constitute excludable time under the Speedy Trial Act in accordance with 18 USC 3161(h)(8)(A).  3161(h)(7)(A).

IT IS SO ORDERED.

Dated: May 22, 2009        _____
                           HONORABLE MAXINE M. CHESNEY
                           United States District Court

STIPULATION AND [PROPOSED] ORDER CONTINUING COURT

- 2