STEVEN F. GRUEL (CSBN 213148)
Attorney at Law

315 Montgomery Street, 9th Floor
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

Attorney for Juan Alfredo Bermudez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　Vs.<br><br>JUAN ALFREDO BERMUDEZ and<br><br>JOSE JAIME CARDENAS,<br><br>　　　　　Defendants. | No. CR-05-00118-MMC<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING ~~COURT~~ HEARING<br><br>Honorable Maxine M. Chesney<br><br>Excl. Time: 18 USC 3161(h)(8)(A) |

　　Defendants Juan Alfred Bermudez and Jose Jaime Cardenas by and through their respective attorneys, Steven F. Gruel and Claire Leary, and the United States of America, by and through its attorney, C. David Hall, Assistant United States Attorney, hereby stipulates and requests that the hearing date currently scheduled for November 4, 2009 at 2:30p.m. be continued to March 31, 2010 at 2:30 p.m.  The parties stipulate that good cause and excludable time under the Speedy Trial Act justify and permit the continuance to March 31, 2010.  Specifically, the parties are still

STIPULATION AND [PROPOSED] ORDER CONTINUING COURT

- 1

discussing a resolution in this case which also entails discussions pertaining to the immigration consequences for each defendant.

Furthermore, defendant Juan Alfredo Bermudez' health concerns require further treatment resulting. Specifically, Mr. Bermudez is undergoing continued radiation and chemotherapy for prostrate and rectal cancer making him medically unavailable to attend the November 4, 2009 hearing.

SO STIPULATED:

DATED: 10/30/09          __/s/_____
                          STEVEN F. GRUEL
                          Attorney for Juan Alfredo Bermudez

DATED: 10/30/09          __/s/_____
                          CLAIRE LEARY
                          Attorney for Jose Jaime Cardenas

DATED:  10/30/09
                          __/s/_____
                          DAVID HALL
                          Assistant United States Attorney

### [PROPOSED] ORDER

PREDICATED on the above stipulation and GOOD CAUSE APPEARING, the hearing date of November 4, 2009 is hereby continued to ~~March 31, 2010~~ December 9, 2009 at 2:30 p.m.

FURTHER, as stipulated by the parties, the Court finds that the time from November 4, 2009 to ~~March 31, 2010~~ December 9, 2009 shall and hereby does constitute excludable time under the Speedy Trial Act in accordance with 18 USC 3161~~(h)(8)(A)~~. (h)(7)(A).

IT IS SO ORDERED.

Dated: November 3, 2009    _____
                          HONORABLE MAXINE M. CHESNEY
                          United States District Court

STIPULATION AND [PROPOSED] ORDER CONTINUING COURT

- 2 -