UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CRIMINAL PRETRIAL MINUTES

Date: DEC X 9 2009

Case No. CR-05-0118 MMC
JOSE JAIME CARDENAS
JUAN ALFREDO BERMUDEZ
**DEFENDANT**

JUDGE: **Maxine M. Chesney**

Present (✓) Not Present ( ) In Custody ( )

CLAIRE LEARY (CARDENAS)
STEVE GRUEL (BERMUDEZ)
**ATTORNEY FOR DEFENDANT**

DAVID HALL
**U.S. ATTORNEY**

Deputy Clerk: TRACY LUCERO

Reporter: Christine Triska

## PROCEEDINGS

REASON FOR HEARING: Further Status Conference

RESULT OF HEARING: Government made new offer to Defendant Cardenas.

Defense Counsel for Defendant Bermudez informed the Court that he will be submitting a medical report to the AUSA.

Case continued to _____ for Further Status.
Case continued to 3/17/10 @ 2:30 for Motions. ∆ CARDENAS' motion to SUPPRESS
(Motion due 2/17, Opposition due 3/3, Reply Due 3/10)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 4/27/10 @ 2:30 for Change of Plea or Trial Setting (BERMUDEZ)

EXCLUDABLE DELAY (Category) Preparation of Counsel  Begins DEC X 9 2009  Ends 3/17/10

(9 MIN)