1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  C. DAVID HALL (CSBN 66081)
   Assistant United States Attorney
5       450 Golden Gate Avenue
        San Francisco, California 94102
6       Telephone: (415) 436-7168

7  Attorneys for the Plaintiff

8
                       UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
   UNITED STATES OF AMERICA,           )    No. CR 05-0118 MMC
11                                     )
              Plaintiff,               )
12                                     )
         v.                            )
13                                     )    UNITED STATES MOTION AND
                                       )    STIPULATION AND
                                       )    ~~PROPOSED~~ ORDER TO ADVANCE
14 JOSE JAIME CARDENAS,                )
                                       )
15            Defendants.              )
                                       )

16

17
         The parties stipulate and agree that the motions hearing date set for March 17, 2010,
18
   should be advanced to March 10, 2010, so that government counsel can appear, and the parties
19
   can resolve the matter. The parties also agree to a Speedy Trial Exclusion pursuant to 18 U.S.C.
20
   section 3161(h)(8)(A) and section 3161 (h)(8)(B)(ii), because the ends of justice served by
21
   granting an exclusion outweigh the best interest of the public and of the defendant in a speedy
22
   trial, and because a continuance will allow for continuity of Government counsel and for
23

24

25

26

27

28
   STIP. AND [PROPOSED] ORDER
   CASE NO. CR 05-0118 MMC              1

1  adequate trial preparation time in the event that the parties are unable to reach a disposition.

2       It is so stipulated.

3                                             JOSEPH P. RUSSONIELLO
                                              United States Attorney
4
                                              BRIAN J. STRETCH
5                                             Chief, Criminal Division

6
   Dated: January 29, 2010                          /s/
7                                             C. DAVID HALL
                                              Assistant United States Attorney
8

9  Dated: February 2, 2010                          /s/

10                                            CLAIRE LEARY
                                              Attorney for JOSE JAIME CARDENAS
11

12
                                    O R D E R
13

14      IT IS SO ORDERED.  A status hearing will be held on March 10, 2010, at 2:30 p.m.
                                       3161(h)(7)(A) and section 3161(h)(7)(B)(ii)
15 Time is excluded pursuant to 18 U.S.C. section ~~3161(h)(8)(A) and section 3161(h)(8)(B)(ii)~~ and

16 to allow adequate time for trial preparation and for continuity of Government Counsel.

17

18          February
   DATED: ~~January~~   3  , 2010
19
                                              _____
20                                            MAXINE M. CHESNEY
21                                            United States District Court Judge

STIP. AND [PROPOSED] ORDER
CASE NO. CR 05-0118 MMC              2